MATTHEW J. HAFEY (SBN: 167122)
mhafey@nicolaidesllp.com
KYLE CLAWSON (SBN: 303682)
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 S. Figueroa Street, Suite 750
Los Angeles, CA 90017
(213) 408-1245 (Tel.)
(213) 408-1246 (Fax)

Attorneys for Defendant
KINSALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MECHANICAL SERVICES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation; MERCER INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 3-22-cv-00576-CAB-AGS<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR KINSALE TO RESPOND TO FIRST AMENDED COMPLAINT, SET BRIEFING SCHEDULE FOR MOTION TO DISMISS, CONTINUE CASE MANAGEMENT CONFERENCE AND DISMISSAL OF DEFENDANT MERCER INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>**Accompanying Document:**<br>[Proposed] Order<br><br><br>Complaint filed:  March 24, 2022<br>Trial Date:　　　Not set |

**WHEREAS** on June 16, 2022, defendant Kinsale Insurance Company ("KINSALE") filed its Motion to Dismiss the instant action [ECF 9] pursuant to Fed.R.Civ.P. 12(b)(1) on the grounds that there is no "suit" pending against plaintiff National Mechanical Services, Inc. ("NMS") in relation to an underlying claim for property damage by Onward Energy ("Onward") and therefore NMS's Claims for Relief for (1) Declaratory Relief; (2) Injunctive Relief; or (3) Breach of the Implied Covenant of Good Faith and Fair Dealing are not ripe for adjudication; and

**WHEREAS** on June 30, 2022 the Parties engaged in an Early Neutral Evaluation and Case Management Conference before the Hon. Andrew G. Schopler, in which the case did not settle; and

**WHEREAS** Magistrate Judge Schopler issued an Order continuing the Case Management Conference to September 8, 2022 [ECF 17] to allow the Parties to engage in further settlement discussions and/or resolution of the Motion to Dismiss; and

**WHEREAS** on August 8, 2022, the Court granted KINSALE's Motion to Dismiss [ECF 18], but also granted NMS leave to file a First Amended Complaint by August 22, 2022; and

**WHEREAS** notwithstanding the Court's Order granting the Motion to Dismiss, KINSALE has agreed to appoint pre-suit defense counsel for NMS pursuant to a reservation of rights as part of its investigation of the underlying claim by Onward; and

**WHEREAS** on August 22, 2022, NMS filed its First Amended Complaint [ECF 19]; and

**WHEREAS** as counsel for KINSALE was on vacation the week of August 22, 2022, he requested an extension of time for KINSALE to file its Motion to Dismiss the First Amended Complaint from September 6, 2022 to September 12, 2022; and

**WHEREAS** counsel for NMS requested a later briefing schedule due to (a) his recovery from a recent surgery; and (b) his planned absence from the office from October 8, 2022 to October 13, 2022; and

**WHEREAS** counsel for KINSALE will be out of the office for a long planned prepaid vacation out of the country from October 14, 2022 through October 28, 2022; and

**WHEREAS** to avoid conflicts in the briefing and hearing of KINSALE's contemplated Motion to Dismiss the First Amended Complaint, NMS has agreed to extend the time for KINSALE to move, plead or otherwise respond to the First Amended Complaint to October 10, 2022 with a contemplated hearing date of November 14, 2022, making NMS's Opposition due on October 31, 2022 and KINSALE's Reply due on November 7, 2022; and

**WHEREAS** the current deadline for the Parties to submit their revised Joint Discovery Plan is September 1, 2022; and

**WHEREAS** the current Case Management Conference is set for September 8, 2022 at 1:30 p.m.; and

**WHEREAS** because KINSALE contends that the contemplated Motion to Dismiss may be dispositive of this action, the Parties wish to (a) submit new requested case management deadlines and (b) defer the Case Management Conference until sometime after the Motion to Dismiss the First Amended Complaint is decided; and

**WHEREAS** the Parties have agreed that NMS may dismiss the Complaint against defendant Mercer Insurance Company ("MERCER") without prejudice, subject to KINSALE's reservation of the right to file a Third Party Complaint against MERCER within 14 days of its Answer if the Motion to Dismiss is not granted;

/ / /

STIPULATION RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT ETC.

2

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the Parties as follows:

1.    KINSALE may have until October 10, 2022 to move, plead or otherwise respond to the First Amended Complaint, including filing its Motion to Dismiss;

2.    NMS's Response to the Motion to Dismiss shall be due on or before October 31, 2022;

3.    KINSALE's Reply to the Motion to Dismiss shall be due on or before November 7, 2022;

4.    The hearing, if any, on the Motion to Dismiss shall be November 14, 2022 or as soon thereafter as the Court may direct;

5.    The deadline for the Parties to submit their revised Joint Discovery Plan is extended from September 1, 2022 to November 21, 2022;

6.    The Case Management Conference may be continued from September 8, 2022 to December 1, 2022 at 1:30 p.m. or another convenient date and time before Magistrate Judge Schopler; and

**7.**    Plaintiff's Complaint is dismissed without prejudice as to defendant MERCER only, subject to KINSALE's reservation of the right to file a Third Party Complaint against MERCER within fourteen days of the date of its Answer to the First Amended Complaint, if any.

Dated:  August 30, 2022              THE LAW OFFICE OF C. BRANT
                                     NOZISKA, APC


                                     By:____*/s/ Kiberlyn B. Pinkerton*____
                                              C. Brant Noziska
                                              Kimberlyn B. Pinkerton
                                     Attorneys for Plaintiff National
                                     Mechanical Services, Inc.

STIPULATION RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT ETC.

3

1    Dated:   August 30, 2022        NICOLAIDES FINK THORPE

2                                              MICHAELIDES SULLIVAN LLP

3                                    By:      */s/ Matthew J. Hafey*

4                                              Matthew J. Hafey

                                         Attorneys for Defendant Kinsale

5                                          Insurance Company

6

7    Dated:   August 30, 2022        BLAU KEENE LAW GROUP

8                                    By:      */s/ Ron L. Nelson*

9                                              David S. Blau

10                                            Ron L. Nelson

                                         Attorneys for Defendant Mercer

11                                          Insurance Company

12

13

14

15

16                            **Statement of Authority to File**

17        Per Civil L.R. 5-4.3.4(a)(2)(i), I attest that all signatories on this

18 document and on whose behalf the filing is submitted concur in the filing's

19 content and have authorized the filing of this document.

20 Dated: August 30, 2022

21                                    By:      */s/ Matthew J. Hafey*

22                                            Matthew J. Hafey

23

24

25

26

27

28

STIPULATION RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT ETC.

4